1 | THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
2 | ANDREA L. FELLION, State Bar No. 262278
andrea.fellion@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
4 | One Market Plaza
San Francisco, CA  94105
5 | Telephone:    415.442.4810
Facsimile:     415.442.4870
6
7 | Attorneys for Defendant
SPECTRUM BRANDS, INC.
8
9 | PHILIP L. ROSS, State Bar No. 090042
plross@littler.com
10 | JESSICA X. ROTHENBERG, State Bar No. 284823
jrothenberg@littler.com
11 | LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
12 | San Francisco, CA 94108
Telephone:    415.433.1940
13 | Fax No:        415.399.8490

14 | Attorneys for Plaintiffs
ANDREW J. PONTE and CENTRAL GARDEN &
PET COMPANY
15

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19  ANDREW J. PONTE and CENTRAL GARDEN & PET COMPANY, | Case No. 3:15-cv-01510-VC |
| 20           Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| 21      v. | AS MODIFIED |
| 22  SPECTRUM BRANDS, INC., | |
| 23           Defendant. | Complaint Filed: April 2, 2015
Trial Date:         None Set |

1  WHEREAS defendant Spectrum Brands, Inc. has filed a Motion to Dismiss under Rule 12(b) of the Federal Rules of Civil Procedure which, after reassignment to the Honorable Vince Chhabria, is re-noticed to be heard by the Court on August 27, 2015 at 10:00 a.m.

  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs Andrew J. Ponte and Central Garden & Pet Company and defendant Spectrum Brands, Inc., by and through their respective counsel, that they jointly request that the Case Management Conference be continued to August 27, 2015, at 10:00 a.m., or at any later date convenient to the Court.

  IT IS SO STIPULATED.

DATED: May 28, 2015

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Andrea L. Fellion*
    Thomas M. McInerney
    Andrea L. Fellion

Attorneys for Defendant
SPECTRUM BRANDS, INC.

DATED: May 28, 2015

LITTLER MENDELSON

By: */s/ Philip L. Ross*
    Philip L. Ross
    Jessica X. Rothenberg

Attorneys for Plaintiffs
ANDREW J. PONTE and CENTRAL GARDEN & PET COMPANY

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: May 28, 2015

By: */s/ Andrea L. Fellion*
    Andrea L. Fellion

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference in this case be continued to  September 8     2015, at 10:00 a.m.  The parties' Joint Case Management Conference Statement and Proposed Case Management Order should be filed one week prior to the conference, and the parties' Rule 26(f) conference shall be conducted on or prior to that date.

DATED:  May 29, 2015

U.S. DISTRICT JUDGE VINCE CHHABRIA

21306022.1